IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN LOUISE STEWART-BROWN, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 20-2052 |
| v. | : | |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

# ORDER

AND NOW, this 25th day of May, 2021, upon consideration of Plaintiff's Request for Review (Doc. No. 19), Defendant's Response thereto (Doc. No. 20), and Plaintiff's Reply (Doc. No. 25), IT IS HEREBY ORDERED that:

1. Plaintiff's Request for Review is DENIED;

2. JUDGMENT IS ENTERED in favor of Defendant; and

3. The Clerk of the Court shall mark this case CLOSED.

                                              BY THE COURT:

                                              */s/ Marilyn Heffley*
                                              MARILYN HEFFLEY
                                              UNITED STATES MAGISTRATE JUDGE